**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DALYA ATTAR,<br>JOSEPH J. ATTAR,<br>   a/k/a "Yossi Attar,"<br>   a/k/a "Jay Attar," and<br>KALMAN G. FINKELSTEIN,<br><br>               Defendants. | Criminal No. SAG 25 CR 324<br><br>(Conspiracy, 18 U.S.C. § 371; Extortion via Interstate Communications, 18 U.S.C. § 875 (d); Interception and Disclosure of a Wire, Oral, or Electronic Communication, 18 U.S.C. § 2511 (c) and (d); Travel Act, 18 U.S.C. § 1952(a)(3) and (b)(2); Aiding and Abetting, 18 U.S.C. § 2) |

## GOVERNMENT'S MOTION TO SEAL

The United States of America, for the following reasons, moves this Honorable Court to order and direct that the Indictment, arrest warrants, and any related documents in the above-captioned case be **SEALED** and should not appear on the public docket or otherwise be known to the public at this time.

1. The Fourth Circuit has recognized that a motion to seal may be granted for any legitimate prosecutorial need, including the proper completion of any investigation. *In re Knight Publishing Co.*, 743 F.2d 231, 231-32 (4th Cir. 1984).

2. Law enforcement is conducting an on-going investigation.

3. The defendants are not in federal custody.

4. Disclosure of the Indictment, arrest warrants, and any related documents at this juncture, would seriously jeopardize this on-going criminal investigation, which is not known to the defendants.

Respectfully submitted.

Kelly O. Hayes
United States Attorney

_____
Digitally signed by SEAN DELANEY
Date: 2025.10.23 09:07:47 -04'00'

Sean R. Delaney
Reema Sood
Assistant United States Attorneys