

SEALED

USDC- BALTIMORE
'25 OCT 23 PM4:03

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DALYA ATTAR,**<br>**JOSEPH J. ATTAR,**<br>a/k/a "Yossi Attar,"<br>a/k/a "Jay Attar," and<br>**KALMAN G. FINKELSTEIN,**<br><br>Defendants. | Criminal No.    **SAG 25 CR 324**<br><br>(Conspiracy, 18 U.S.C. § 371; Extortion via Interstate Communications, 18 U.S.C. § 875 (d); Interception and Disclosure of a Wire, Oral, or Electronic Communication, 18 U.S.C. § 2511 (c) and (d); Travel Act, 18 U.S.C. § 1952(a)(3) and (b)(2); Aiding and Abetting, 18 U.S.C. § 2) |

### ORDER

Upon review of the Motion of the United States of America, the Court hereby adopts the government's proffer of the reasons for sealing as presented therein, and it is this **23rd** day of October 2025, **ORDERED** that the Indictment, arrest warrants, and any related documents submitted in support thereof, shall be **SEALED** until further order of this Court.

It is further ORDERED that the Clerk of the Court provide a copy of this Order to the United States Attorney's Office.

_____
Honorable Charles D. Austin
United States Magistrate Judge