FILED ___ ENTERED
LOGGED ___ RECEIVED

OCT 3 0 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DALYA ATTAR,<br>JOSEPH J. ATTAR,<br>   a/k/a "Yossi Attar,"<br>   a/k/a "Jay Attar," and<br>KALMAN G. FINKELSTEIN,<br><br>             Defendants. | Criminal No. SAG 25cr324<br><br>(Conspiracy, 18 U.S.C. § 371; Extortion via Interstate Communications, 18 U.S.C. § 875(d); Interception and Disclosure of a Wire, Oral, or Electronic Communication, 18 U.S.C. § 2511(1)(c) and (d); Travel Act, 18 U.S.C. § 1952(a)(3) and (b)(2); Aiding and Abetting, 18 U.S.C. § 2) |

## MOTION TO UNSEAL

The United States of America hereby moves this Honorable Court to order and direct that the Indictment in the above-captioned case be unsealed, along with this Motion and any related documents. The Defendants, Dalya Attar, Joseph J. Attar, and Kalman G. Finkelstein, are aware of the Indictment and federal investigation related thereto. Dalya Attar, Joseph J. Attar, and Kalman G. Finkelstein are currently in federal custody, so there is no necessity for the Indictment and related documents to remain sealed.

Accordingly, the Government moves to unseal this case.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

Digitally signed by SEAN DELANEY
Date: 2025.10.29 17:11:33 -04'00'

By: _____
Sean Delaney
Assistant United States Attorney