FILED ___K___ ENTERED
LOGGED ___ RECEIVED

OCT 30 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DALYA ATTAR,<br>JOSEPH J. ATTAR,<br>    a/k/a "Yossi Attar,"<br>    a/k/a "Jay Attar," and<br>KALMAN G. FINKELSTEIN,<br><br>    Defendants. | Criminal No. SAG 25cr324<br><br>(Conspiracy, 18 U.S.C. § 371; Extortion via Interstate Communications, 18 U.S.C. § 875(d); Interception and Disclosure of a Wire, Oral, or Electronic Communication, 18 U.S.C. § 2511(1)(c) and (d); Travel Act, 18 U.S.C. § 1952(a)(3) and (b)(2); Aiding and Abetting, 18 U.S.C. § 2) |

## ORDER

Upon review of the Motion of the United States of America, the Court hereby adopts the Government's proffer of the reasons for unsealing as presented therein, and it is this 30th day of October 2025, **ORDERED** that the above-captioned matter shall be **UNSEALED** for all purposes.

It is further **ORDERED** that the Clerk of the Court provide one certified copy of this Order to the United States Attorney's Office.

_____
HONORABLE CHELSEA J. CRAWFORD
UNITED STATES MAGISTRATE JUDGE