IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DALYA ATTAR,**<br>**JOSEPH J. ATTAR,**<br>　　a/k/a "Yossi Attar,"<br>　　a/k/a "Jay Attar," and<br>**KALMAN G. FINKELSTEIN,**<br><br>　　　　　　**Defendants.** | Criminal No. SAG-25-324<br><br>(Conspiracy, 18 U.S.C. § 371; Extortion via Interstate Communications, 18 U.S.C. § 875(d); Interception and Disclosure of a Wire, Oral, or Electronic Communication, 18 U.S.C. § 2511(1)(c) and (d); Travel Act, 18 U.S.C. § 1952(a)(3) and (b)(2); Aiding and Abetting, 18 U.S.C. § 2) |

### ENTRY OF APPEARANCE

Please enter the appearance of Reema Sood, Assistant United States Attorney for the District of Maryland, as counsel on behalf of the United States.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　Kelly O. Hayes
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　_/s/ Reema Sood_
　　　　　　　　　By:　Reema Sood
　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　36 S. Charles Street, 4th Floor
　　　　　　　　　　　　Baltimore, Maryland 21201
　　　　　　　　　　　　410-209-4943