IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**United States of America,**           \*

                                        \*           Case No.  25-cr-00324

**v.**                                  \*

**DALYA ATTAR, et al.**                 \*

**Defendant.**                          \*

### ENTRY OF APPEARANCE IN A CRIMINAL CASE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendant, __Dalya Attar__.

I certify that: [check one that applies and complete]

[✓] I am admitted to practice in this Court.

[ ] I have been appointed to represent the defendant by the following United States court: _____.

10/30/2025
Date

/S/ A. Jeff Ifrah
Signature

A. Jeff Ifrah (18194)
Printed name and bar number

Ifrah Law PLLC
Firm name

1717 Pennsylvania Ave, N.W. Suite 650
Washington, DC 20006
Address

jeff@ifrahlaw.com
Email address

202-524-4142
Telephone number

202-524-4141
Fax number

Please select your designation:

[ ] CJA     [■] Retained     [ ] Public Defender     [ ] Pro Bono

**NOTE**: Appearance of counsel may be withdrawn only with leave of Court. *See* Local Rule 201.3. Such leave is liberally granted if sought within 14 days of the defendant's initial appearance in this Court.

If you are **not** a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance**.

EntryofAppearanceCriminal (06/2023)