IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**United States of America,**    *

                              *        Case No.   25-cr-00324

**v.**

**DALYA ATTAR, et al.**    *

     **Defendant.**    *

## ENTRY OF APPEARANCE IN A CRIMINAL CASE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendant, **Dalya Attar**.

I certify that: [check one that applies and complete]

☑ I am admitted to practice in this Court.

☐ I have been appointed to represent the defendant by the following United States court: _____.

10/30/2025
Date

/s/ James M. Trusty
Signature

James M. Trusty (14497)
Printed name and bar number

Ifrah Law PLLC
Firm name

1717 Pennsylvania Ave, N.W. Suite 650
Washington, DC 20006
Address

jtrusty@ifrahlaw.com
Email address

202-368-9775
Telephone number

202-524-4141
Fax number

Please select your designation:

☐ CJA     ☑ Retained     ☐ Public Defender     ☐ Pro Bono

**NOTE**: Appearance of counsel may be withdrawn only with leave of Court. *See* Local Rule 201.3. Such leave is liberally granted if sought within 14 days of the defendant's initial appearance in this Court.

If you are **not** a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance**.