# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk
David E. Ciambruschini, Chief Deputy

Reply to Northern Division Address

October 30, 2025

## RECEIPT FOR SURRENDER OF PASSPORT

Re:  United States of America vs. Joseph J. Attar
       Case No. 1:25–cr–00324–SAG

      Received this 30th day of October 2025, from Samantha Kavanagh, one passport ending with 3937, issued by the country of the United States of America which is being surrendered to the Court as a special condition of the Defendant's release. This passport is to be held in the custody of the Court until further Order of Court. The Clerk of Court will return any expired passports held in its custody to the Department of State.

              _____/s/_____
              Catherine M. Stavlas, Clerk
              By: ar6s, Deputy Clerk

Receipt for Surrender of Passport (03/24)

Northern Division º 4415 U.S. Courthouse º 101 W. Lombard Street º Baltimore, Maryland 21201 º 410–962–2600
Southern Division º 240 U.S. Courthouse º 6500 Cherrywood Lane º Greenbelt, Maryland 20770 º 301–344–0660
Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov