IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**United States of America,**         *

                                      *

v.                                    *     **Case No.**  1:25-cr-00324-SAG

                                      *

Kalman G. Finkelstein

**Defendant.**                        *

### ENTRY OF APPEARANCE IN A CRIMINAL CASE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendant, Kalman G. Finkelstein.
I certify that: [check one that applies and complete]

[X]  I am admitted to practice in this Court.

[ ]  I have been appointed to represent the defendant by the following United States court:
_____.

October 30, 2025                               /s/ Ty Kelly Cronin
Date                                           Signature

                                               Ty Kelly Cronin, Bar No. 27166
                                               Printed name and bar number
                                               Baker Donelson Bearman Caldwell & Berkowitz, P.C.
                                               Firm name

                                               100 Light Street, 19th Floor
                                               Baltimore, MD 21202
                                               Address

                                               tykelly@bakerdonelson.com
                                               Email address

                                               (410) 862-1049
                                               Telephone number

                                               (410) 547-0699
                                               Fax number

Please select your designation:

[ ] CJA       [X] Retained       [ ] Public Defender       [ ] Pro Bono

**NOTE:**  Appearance of counsel may be withdrawn only with leave of Court.  *See* Local Rule 201.3.  Such leave is liberally granted if sought within 14 days of the defendant's initial appearance in this Court.

If you are not a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance.**

EntryofAppearanceCriminal (06/2023)