IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**United States of America,**      *

     *

v.      *      Case No.   1:25-cr-00324-SAG

     *

Kalman G. Finkelstein

**Defendant.**      *

### ENTRY OF APPEARANCE IN A CRIMINAL CASE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendant, Kalman G. Finkelstein.
I certify that: [check one that applies and complete]

[X]    I am admitted to practice in this Court.

[ ]    I have been appointed to represent the defendant by the following United States court: _____.

October 30, 2025                      /s/ Sabrina N. Marquez
Date                                          Signature

Sabrina N. Marquez, Bar No. 30516
Printed name and bar number

Baker Donelson Bearman Caldwell & Berkowitz, P.C.
Firm name

100 Light Street, 19th Floor
Baltimore, MD 21202
Address

smarquez@bakerdonelson.com
Email address

(410) 862-1091
Telephone number

(410) 547-0699
Fax number

Please select your designation:

[ ] CJA      [X] Retained      [ ] Public Defender      [ ] Pro Bono

**NOTE:** Appearance of counsel may be withdrawn only with leave of Court. *See* Local Rule 201.3. Such leave is liberally granted if sought within 14 days of the defendant's initial appearance in this Court.

If you are not a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance.**