AO 442 (Rev. 11/11) Arrest Warrant

**USDC- BALTIMORE**
**'25 OCT 30 PM2:47**

# UNITED STATES DISTRICT COURT
for the
District of Maryland

**SEALED**

United States of America
v.

DALYA ATTAR

_____
Defendant

) ) ) ) ) ) )

Case No.   SAG 25 CR 324

## ARREST WARRANT

To:     Any authorized law enforcement officer

    **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)    DALYA ATTAR

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy, 18 U.S.C. § 371
Extortion via Interstate Communications, 18 U.S.C. § 875 (d)
Interception and Disclosure of a Wire, Oral, or Electronic Communication, 18 U.S.C. § 2511 (c) & (d)
Travel Act, 18 U.S.C. § 1952(a)(3) and (b)(2)
Aiding and Abetting, 18 U.S.C. § 2

Date: _October 23, 2025_

Issuing officer's signature

City and state:    Baltimore, Maryland

Hon. Charles D. Austin, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 10/23/2025 , and the person was arrested on (date) 10/30/2025
at (city and state)    Baltimore, MD

Date: 10/30/2025

Arresting officer's signature

Owen O'Connell - Special Agent
Printed name and title

HD

Rcv'd by: _AR_