IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | |
| | * | Case No.: 1:25-cr-00324-SAG |
| **KALMAN FINKELSTEIN** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION TO MODIFY ORDER**
**SETTING CONDITIONS OF RELEASE**

Defendant, Kalman Finkelstein ("Mr. Finkelstein"), by and through undersigned counsel, with the consent of the United States (the "Government"), hereby moves to modify the order setting Mr. Finkelstein's conditions of release and in support thereof states as follows:

1. On October 30, 2025, Mr. Finkelstein came before this Court for an initial appearance. Therein, this Court ordered that Mr. Finkelstein be released on his own recognizance subject to certain conditions (the "Order"). *See* ECF No. 22.

2. One of the conditions of Mr. Finkelstein's release is that he must "avoid all contact … with any person who is or may become a victim or potential witness in this investigation or prosecution, including but not limited to co-defendants and anyone identified in writing by the government." *Id.*

3. Due to intricate and regular business dealings between the two, at the initial appearance, the Court permitted an exception to this condition, allowing Mr. Finkelstein to have non-case related contact with co-defendant Joseph Attar ("Mr. Attar"). *See id.*

4. On October 31, 2025, the Government identified additional individuals with whom Mr. Finkelstein should avoid contact with pursuant to the Order, one of which was Ronnie Rosenbluth ("Mr. Rosenbluth").

5. Mr. Finkelstein and Mr. Rosenbluth see one another regularly for Shul, kiddish, and other community and religious events such that a strict no-contact requirement would be virtually impossible for Mr. Finkelstein to comply with. Accordingly, Mr. Finkelstein seeks to modify the Order to permit him to have non-case related contact with Mr. Rosenbluth — similar to the allowance of contact with Mr. Attar.

6. On November 4, 2025, AUSA Sean Delaney on behalf of the Government consented to the relief requested herein.

7. On November 5, 2025, Holly Rowe from the U.S. Probation Office consented to the relief requested herein.

WHEREFORE, Mr. Finkelstein respectfully requests that this Court modify the Order Setting Conditions of Release (ECF No. 22) to permit Mr. Finkelstein to have non-case related contact with Mr. Rosenbluth.

Dated: November 5, 2025

Respectfully Submitted,

*/s/ Ty Kelly Cronin*

Ty Kelly Cronin (Bar No. 27166)
Sabrina N. Marquez (Bar No. 30516)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
100 Light Street, 19th Floor
Baltimore, MD 21202
Phone: (410) 862-1049
Fax: (410) 547-0699
tykelly@bakerdonelson.com
smarquez@bakerdonelson.com

*Counsel for Defendant Kalman Finkelstein*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 5, 2025, a copy of the foregoing Consent Motion to Modify Order Setting Conditions of Release has been filed and served on all counsel of record via this Court's CM/ECF System.

*/s/ Ty Kelly Cronin*

Ty Kelly Cronin (Bar No. 27166)