# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | |
| | * | Case No.: 1:25-cr-00324-SAG |
| **KALMAN FINKELSTEIN** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendant, Kalman Finkelstein's Consent Motion to Modify Order Setting Conditions of Release (the "Consent Motion"), and any responses thereto, it is this 7th day of November 2025, hereby:

ORDERED, that the Consent Motion is GRANTED; it is further

ORDERED, that Defendant shall be permitted to have non-case related contact with Ronnie Rosenbluth; and it is further

ORDERED, that all conditions of the release previously imposed shall remain the same.

_____
Chelsea J. Crawford
United States Magistrate Judge
U.S. District Court for the District of Maryland