| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> **v.** <br><br> **DALYA ATTAR,** <br> **JOSEPH J. ATTAR,** <br>     **a/k/a "Yossi Attar,"** <br>     **a/k/a "Jay Attar," and** <br> **KALMAN G. FINKELSTEIN,** <br><br>          **Defendants.** | **Criminal No. SAG-25-324** |

**MOTION FOR ENTRY OF A PROTECTIVE ORDER**
**GOVERNING DISCLOSURE OF PROTECTED IDENTITY, FINANCIAL, CONTACT,**
**GRAND JURY, TAX, COURT, AND INVESTIGATIVE INFORMATION**

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, the United States hereby moves for entry by this Court of a protective order that will ensure the confidentiality of Protected Identity, Financial, Contact, Grand Jury, Court, and Investigative Information (collectively, "Protected Information"), which is or may be included within the evidence in this case.

Entry of a protective order restricting the use, dissemination and disposition of documents containing Protected Information is essential to permit the parties to disclose extensive discovery while protecting the Protected Information of the victims in this case and other individuals.

The United States conferred with counsel for each of the defendants regarding a draft protective order proposed by the United States (the "Proposed Protective Order") and have reached an agreement with respect to all of the provisions contained therein.

A copy of the Proposed Protective Order is submitted herewith.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: _____
Sean R. Delaney
Reema Sood
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this day, a copy of the foregoing motion was electronically

filed via CM/ECF which provides notice to counsel of record.

_____
Sean R. Delaney
Assistant United States Attorney