**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 25-cr-00324-SAG |
| DALYA ATTAR, et al., | |
| Defendants. | |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND PRETRIAL
MOTIONS DEADLINE**

Defendants, by their undersigned counsel, move for an extension of the deadline for filing pretrial motions in this matter from the current deadline of December 15, 2025, until January 19, 2026, and in support thereof, state as follows:

1. On October 23, 2025, an eight-count indictment was filed against the Defendants charging them with conspiracy in violation of 18 U.S.C. § 371 (Count 1); extortion in violation of 18 U.S.C. § 875(d) (Counts 2 and 3); interception of wire communications in violation of 18 U.S.C. § 2511(c) and (d) (Count 4); and interstate transportation in aid of unlawful activities in violation of 18 U.S.C. §§ 1952(a)(3) and (b)(2) (Counts 5 through 8).

2. The Defendants were arraigned on November 24, 2025, at which time the Court set a motions deadline of December 15.

3. Discovery in this case is voluminous. The government has been working diligently to produce discovery to the Defendants, and to date, has produced more than 1 terabyte (TB) of data, consisting of, in part, forensic images of numerous cell phones in addition to search

1

warrant returns, videos and photographs. The government anticipates at least two additional discovery productions in the coming weeks, which are also expected to be voluminous.

4. Defendants intend to file pretrial motions; however, while Defendants may file certain motions sooner, they need additional time to review the discovery in order to make determinations as to which motions to file based on the discovery being produced. Accordingly, Defendants request an extension in order to file its pretrial motions.

5. Counsel for the government has been advised of this request and has no objection to the extension.

WHEREFORE, for the foregoing reasons, Defendants pray that the Court grant an extension until January 19, 2026 for filing pretrial motions.

Respectfully submitted,

Dated: December 11, 2025

*/s/ Gregg L. Bernstein*
Gregg L. Bernstein (Bar No. 01340)
Samantha A. Miller Kavanagh (Bar No. 21374)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
Tel No. (410) 332-0444
Fax No. (410) 659-0436
skavanagh@zuckerman.com
gbernstein@zuckerman.com
*Counsel for Defendant Joseph J. Attar*

A. Jeff Ifrah (Bar No.18194)
James M. Trusty (Bar No. 14497)
IFRAH LAW PLLC
1717 Pennsylvania Avenue, Suite 650
Washington, DC 20006
Tel No. (202) 524-4142
Fax No. (202) 524-4141
jeff@ifrahlaw.com
jtrusty@ifrahlaw.com

*Counsel for Defendant Dalya Attar*

Ty Kelly (Bar No. 27166)
BAKER DONELSON
100 Light Street, 19th Floor
Baltimore, MD  21202
Tel No. (410) 862-1049
Fax No. (410) 547-0699)
tykelly@bakerdonelson.com

*Counsel for Defendant Kalman G. Finkelstein*

**CERTIFICATE OF SERVICE**

I certify that on December 11, 2025, I caused a copy of the foregoing Unopposed Motion to Extend Pretrial Motions Deadline and proposed order to be served via CM/ECF on:

    Sean Delaney, Assistant United States Attorney
    Reema Sood, Assistant United States Attorney
    36 South Charles Street, 4th Floor
    Baltimore, MD  21201
    sean.delaney@usdoj.gov
    reema.sood@usdoj.gov

*/s/ Gregg Bernstein*
Gregg Bernstein