**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 25-cr-00324-SAG |
| DALYA ATTAR, et al., | |
| Defendants. | |

**DEFENDANTS' UNOPPOSED MOTION TO
EXTEND PRETRIAL MOTIONS DEADLINE**

Defendants, by their undersigned counsel, move for an extension of the deadline for filing pretrial motions in this matter from the current deadline of January 19, 2026 to February 20, 2026, and in support thereof, state as follows:

1.  An eight-count indictment was returned against Defendants on October 23, 2025 (ECF No. 1).

2.  The Defendants were arraigned on November 24, 2025, and the Court set a pretrial motions deadline of December 15. Defendants asked for an extension of the briefing schedule in light of the government's forthcoming discovery productions to Defendants (ECF No. 43). The Court granted an extension to January 19, 2026 (ECF No. 44).

3.  Discovery in this case thus far is voluminous and not yet complete. The government made its first production on November 26, 2025, and made its fourth and most recent production on January 9, 2026. Counsel for Defendants have uncovered technical issues with the most recent production and have corresponded with the government regarding reproduction. The government has remained in close contact with defense counsel regarding the status of discovery, and the

parties are hopeful that the government will be able to complete discovery soon. However, due to the status of discovery, Defendants have been unable to complete their review of same.

4. Defendants intend to file pretrial motions; however, they need additional time to review discovery—including discovery not yet received—in order to make determinations as to which motions to file based on the discovery being produced. Accordingly, Defendants request an extension of the deadline to file their pretrial motions.

5. Counsel for the government has been advised of this request and has no objection to the extension.

WHEREFORE, for the foregoing reasons, Defendants pray that the Court grant an extension until February 20, 2026 for filing pretrial motions.

Respectfully submitted,

Dated: January 12, 2025

*/s/ Gregg L. Bernstein*
Gregg L. Bernstein (Bar No. 01340)
Samantha A. M. Kavanagh (Bar No. 21374)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
Tel No. (410) 332-0444
Fax No. (410) 659-0436
gbernstein@zuckerman.com
skavanagh@zuckerman.com

*Counsel for Defendant Joseph J. Attar*

A. Jeff Ifrah (Bar No.18194)
James M. Trusty (Bar No. 14497)
IFRAH LAW PLLC
1717 Pennsylvania Avenue, Suite 650
Washington, DC 20006
Tel No. (202) 524-4142
Fax No. (202) 524-4141
jeff@ifrahlaw.com
jtrusty@ifrahlaw.com

*Counsel for Defendant Dalya Attar*

Ty Kelly (Bar No. 27166)
Sabrina Marquez (Bar No. 30516)
BAKER DONELSON
100 Light Street, 19th Floor
Baltimore, MD  21202
Tel No. (410) 862-1049
Fax No. (410) 547-0699)
tykelly@bakerdonelson.com

*Counsel for Defendant Kalman G. Finkelstein*

**CERTIFICATE OF SERVICE**

I certify that on January 12, 2025, I caused a copy of the foregoing Unopposed Motion to Extend Pretrial Motions Deadline and proposed order to be served via CM/ECF on:

>Sean Delaney, Assistant United States Attorney
>Reema Sood, Assistant United States Attorney
>36 South Charles Street, 4th Floor
>Baltimore, MD  21201
>sean.delaney@usdoj.gov
>reema.sood@usdoj.gov

>>*/s/ Gregg L. Bernstein*
>>Gregg L. Bernstein