IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> DALYA ATTAR, et al., <br><br> Defendants. | Crim. No. 25-cr-00324-SAG |

## ORDER

Upon consideration of Defendants' Unopposed Motion to Extend Pretrial Motions Deadline,

It is this __12th__ day of __January__, 2026,

ORDERED, that the Defendants' motion is GRANTED, and Defendants shall be permitted to file their pretrial motions on or before February 20, 2026.

_____/s/_____
Honorable Stephanie A. Gallagher
United States District Judge