IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 25-cr-00324-SAG |
| DALYA ATTAR, et al., | |
| Defendants. | |

**DEFENDANTS' CONSENT MOTION TO
EXTEND PRETRIAL MOTIONS DEADLINE**

Defendants, by their undersigned counsel, move for an extension of the deadline for filing pretrial motions in this matter from the current deadline of March 13, 2026 to April 3, 2026, and in support thereof, state as follows:

1. An eight-count indictment was returned against Defendants on October 23, 2025 (ECF No. 1).

2. The Defendants were arraigned on November 24, 2025, and the Court set a pretrial motions deadline of December 15, 2025. On December 11, 2025, January 12, 2026, and February 12, 2026, Defendants asked for an extension of the briefing schedule in light of the government's forthcoming discovery productions to Defendants and need for additional time to review these materials (ECF Nos. 43, 46, 50). The Court granted these requests, and the current deadline is March 13, 2026 (ECF Nos. 44, 47, 51).

3. Discovery in this case thus far is voluminous and is still being processed and reviewed by the Defendants. The government made its first production on November 26, 2025, and made its most recent transmission of materials on March 4, 2026. Given the continuing

productions, the volume thereof, and counsel for one of the Defendants experiencing a recent family emergency, additional time is needed to complete the review of discovery.

4. Defendants intend to file pretrial motions; however, they need additional time to review discovery in order to make determinations as to which motions to file based on the discovery being produced. Accordingly, Defendants request an extension of the deadline to file their pretrial motions.

5. On March 8, 2026, the undersigned contacted the government regarding an extension of the pretrial motion deadline. Given the scheduling matters, the government suggested and is amenable to a three-week extension.

WHEREFORE, for the foregoing reasons, Defendants request that the Court grant an extension until April 3, 2026 for filing pretrial motions.

Respectfully submitted,

Dated: March 9, 2026

*/s/ Sabrina Marquez*
Ty Kelly (Bar No. 27166)
Sabrina Marquez (Bar No. 30516)
BAKER DONELSON
100 Light Street, 19th Floor
Baltimore, MD  21202
Tel No. (410) 862-1049
Fax No. (410) 547-0699
tykelly@bakerdonelson.com
smarquez@bakerdonelson.com

*Counsel for Defendant Kalman G. Finkelstein*

        */s/*_____
Gregg L. Bernstein (Bar No. 01340)
Samantha A. M. Kavanagh (Bar No. 21374)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD  21202
Tel No. (410) 332-0444
Fax No. (410) 659-0436
gbernstein@zuckerman.com
skavanagh@zuckerman.com

*Counsel for Defendant Joseph J. Attar*

*/s/*_____
A. Jeff Ifrah (Bar No.18194)
James M. Trusty (Bar No. 14497)
IFRAH LAW PLLC
1717 Pennsylvania Avenue, Suite 650
Washington, DC  20006
Tel No. (202) 524-4142
Fax No. (202) 524-4141
jeff@ifrahlaw.com
jtrusty@ifrahlaw.com

*Counsel for Defendant Dalya Attar*

## CERTIFICATE OF SERVICE

I certify that on March 9, 2026, I caused a copy of the foregoing Consent Motion to Extend Pretrial Motions Deadline and proposed order to be served via CM/ECF on:

Sean Delaney, Assistant United States Attorney
Reema Sood, Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, MD  21201
sean.delaney@usdoj.gov
reema.sood@usdoj.gov

        */s/ Sabrina Marquez*_____
        Sabrina Marquez

3