IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DALYA ATTAR, et al.,<br><br>Defendants. | Crim. No. 25-cr-00324-SAG |

## ORDER

Upon consideration of Defendants' Consent Motion to Extend Pretrial Motions Deadline (the "Consent Motion"),

It is this __10th__ day of March, 2026,

ORDERED, that the Defendants' Consent Motion is GRANTED, and Defendants shall be permitted to file their pretrial motions on or before April 3, 2026.

_____/s/_____
Honorable Stephanie A. Gallagher
United States District Judge