**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DALYA ATTAR, et al.,<br><br>Defendants. | Crim. No. 25-cr-00324-SAG |

**[PROPOSED] ORDER**

Upon consideration of Defendant Joseph Attar's Motion to Suppress Cell Phone Evidence and the record herein,

It is this ________ day of ________________, 2026,

ORDERED, that the Defendant Joseph Attar's Motion to Suppress Cell Phone Evidence is GRANTED, and it is further

ORDERED, that all evidence obtained from Mr. Attar's Samsung SM-G991U cell phone is hereby suppressed.

______________________________
Honorable Stephanie A. Gallagher
United States District Judge