**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | |
| | * | |
| v. | * | |
| | * | Case No.: 1:25-cr-00324-SAG |
| | * | |
| **KALMAN FINKELSTEIN** | * | |
| | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANT KALMAN FINKELSTEIN'S MOTION TO SEAL

Defendant, Kalman Finkelstein, by and through undersigned counsel and pursuant to Loal Rule 207.2, hereby moves to seal his Memorandum in Support of Motion to Suppress Evidence, Request for Hearing, and Request for *Franks* Hearing and supporting Exhibits 1 through 26. In support of this motion, Defendant states as follows:

1. On November 17, 2025, this Court entered a Protective Order Governing Disclosure of Personal Identity, Financial, Contact, Grand Jury, Tax Court, and Investigative Information. *See* ECF No. 37.

2. Mr. Finkelstein's Memorandum contains numerous references throughout to confidential material produced by the government, which the government has indicated is of a private nature and contains personal information. Moreover, the Exhibits to the Memorandum are copies of several of those confidential documents.

3. This Court may restrict access to documents submitted in connection with criminal proceedings in order to "serve a compelling government interest," including maintaining the confidentiality of government-produced documents. *United States v. Russell*, 762 F. Supp. 3d 441, 442 (D. Md. 2025).

1

4.      There are no alternatives to sealing that would provide sufficient protection, as all or nearly all of the contents of the Memorandum relate to the confidential discovery material described above.

**WHEREFORE**, for the foregoing reasons and consistent with the government's designations, Defendant respectfully requests that the Court enter an order sealing his Memorandum in Support of Motion to Suppress Evidence, Request for Hearing, and Request for *Franks* Hearing and supporting Exhibits 1 through 26.

Dated: April 2, 2026

*/s/ Ty Kelly*
Ty Kelly (Bar No. 27166)
Annie Kenville (Bar No. 20489)
Sabrina Marquez (Bar No. 30516)
BAKER DONELSON
100 Light Street, 19th Floor
Baltimore, MD  21202
Tel No. (410) 862-1049
Fax No. (410) 547-0699)
tykelly@bakerdonelson.com
smarquez@bakerdonelson.com

*Counsel for Defendant Kalman Finkelstein*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 2nd day of April, 2026, a true copy of the foregoing motion was electronically filed and served upon counsel of record via the Court's CM/ECF system.

*/s/ Ty Kelly*
Ty Kelly (Bar No. 27166)

*Counsel for Defendant Kalman Finkelstein*