**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | |
| v. | * | Case No.: 1:25-cr-00324-SAG |
| | * | |
| | * | |
| **KALMAN FINKELSTEIN** | * | |
| | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**MOTION TO SUPPRESS EVIDENCE, REQUEST FOR HEARING, AND REQUEST
FOR *FRANKS* HEARING**

Defendant Kalman Finkelstein, by and through his undersigned counsel, and pursuant to the Fourth Amendment to the U.S. Constitution and Federal Rule of Evidence of Criminal Procedure 12(b)(3), hereby files his Motion to Suppress, Request for Hearing, and Request for *Franks* Hearing. The arguments and authorities in support of Mr. Finkelstein's motion are fully set forth in the accompanying Memorandum.

Dated:  April 2, 2026

 /s/ Ty Kelly
Ty Kelly (Bar No. 27166)
Annie Kenville (Bar No. 20489)
Sabrina Marquez (Bar No. 30516)
BAKER DONELSON
100 Light Street, 19th Floor
Baltimore, MD  21202
Tel No. (410) 862-1049
Fax No. (410) 547-0699)
tykelly@bakerdonelson.com
smarquez@bakerdonelson.com

*Counsel for Defendant Kalman Finkelstein*

1

## REQUEST FOR HEARING

Defendant Kalman Finkelstein respectfully requests a hearing on his Motion to Suppress.

/s/ Ty Kelly
Ty Kelly (Bar No. 27166)

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April, 2026, a true copy of the foregoing motion was electronically filed and served upon counsel of record via the Court's CM/ECF system.

/s/ Ty Kelly
Ty Kelly (Bar No. 27166)