**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. SAG-25-324** |
| | ) | |
| **DALYA ATTAR,** | ) | |
| **JOSEPH ATTAR,** | ) | |
| a/k/a "Yossi Attar," | ) | |
| a/k/a "Jay Attar," and | ) | |
| **KALMAN G. FINKELSTEIN** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE CONSOLIDATED MOTIONS RESPONSE**

Comes now the United States of America, by and through its counsel, and with the consent of all three defendants, and hereby respectfully submits the Government's Consent Motion for Extension of Time to File Consolidated Motions Response. In support thereof, the Government submits the following:

1. On October 23, 2025, a federal grand jury returned an indictment charging Defendants with Conspiracy, in violation of 18 U.S.C. § 371, Extortion via Interstate Communications, in violation of 18 U.S.C. § 875(d), Interception and Disclosure of a Wire, Oral, or Electronic Communication, 18 U.S.C. § 2511(1)(c) and (d), Travel Act, in violation of 18 U.S.C. § 1952(a)(3) and (b)(2), and Aiding and Abetting, in violation of 18 U.S.C. § 2. *See* ECF No. 1.

2. On December 11, 2026, Defendants filed a Consent Motion for Extension of Time to file Pretrial Motions, requesting an extension until January 19, 2026, which the Court granted. *See* ECF Nos. 43 and 44.

3.      On January 12, 2026, Defendants filed a Consent Motion for Extension of Time to File Pretrial Motions seeking an extension until February 20, 2026, which the Court granted. *See* ECF Nos. 46 and 47.

4.      On December 16, 2026, D. Attar filed a Motion to Dismiss Counts Two, Three, and Five of the Indictment. *See* ECF No. 45.  On April 1, 2026, J. Attar joined D. Attar's Motion to Dismiss. *See* ECF No. 56.

5.      On March 9, 2026, the Defendants filed a Consent Motion for Extension of Time to File Pretrial Motions seeking an extension until April 3, 2026, which the Court granted. *See* ECF Nos. 54 and 55.

6.      On April 1, 2026, J. Attar filed a Motion to Suppress Cell Phone Evidence and Request for Hearing and a Motion to Suppress Evidence Obtained through Coercion and Request for Hearing. *See* ECF Nos. 57 and 59.

7.      On April 2, 2026, Finkelstein filed a Motion to Suppress, Request for Hearing, and Request for Franks Hearing. *See* ECF No. 67.

8.      On April 10, 2026, the Baltimore Banner filed a Motion to Intervene for the Limited Purpose of Opposing Defendants' Motions to Seal, a Request for Hearing/Trial on the Baltimore Banner's Motion to Intervene for the Limited Purpose of Opposing Defendants' Motions to Seal, and a Notice regarding its Motion. *See* ECF Nos. 71, 72, and 73.

9.      The Government is in the process of responding to each of the above motions. With regard to the motions found at ECF Nos. 45, 57, 59, and 67, the Government anticipates filing one consolidated motions response. However, Government counsel needs additional time to review materials and prepare that consolidated response.

10.     On April 15, 2026, undersigned counsel contacted counsel for each Defendant regarding an extension to April 24, 2026 of the deadline to respond to pretrial motions. Counsel has no objection to the requested extension.

WHEREFORE, for the foregoing reasons, the Government requests that the Court grant an extension until April 24, 2026 for filing response to pretrial motions.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: _____
Sean R. Delaney
Reema Sood
Assistant United States Attorneys
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court

via the CM/ECF system, and thereby served counsel for the Defendants on April 15, 2026.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: _____
Sean R. Delaney
Reema Sood
Assistant United States Attorneys
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800

4