**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **CRIMINAL NO. SAG-25-324** |
| | **)** | |
| **DALYA ATTAR,** | **)** | |
| **JOSEPH ATTAR,** | **)** | |
|     **a/k/a "Yossi Attar,"** | **)** | |
|     **a/k/a "Jay Attar," and** | **)** | |
| **KALMAN G. FINKELSTEIN** | **)** | |
| | **)** | |
|     **Defendants.** | **)** | |
| | **)** | |

**GOVERNMENT'S RESPONSE TO THE BALTIMORE BANNER'S
MOTION IN OPPOSITION TO DEFENDANTS' MOTIONS TO SEAL**

Comes now the United States of America, by and through its counsel, and respectfully submits the Government's Response to the Baltimore Banner's Motion in Opposition to Defendants Joseph Attar and Kalman Finkelstein's motions to seal their memoranda and accompanying exhibits in the matter of *United States v. Dalya Attar, et al. See* ECF Nos. 57, 59, 60, 62, 66, 67, 71. The Government has reviewed the referenced filings and spoken with defense counsel regarding their basis for sealing the motions. The Government does not object to the Baltimore Banner's Motion in Opposition to the Defendant's Motions to Seal, with the exception of the need for the Defendants to redact personal identifying information ("PII") in the referenced filings.

1

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: _____
Sean R. Delaney
Reema Sood
Assistant United States Attorneys
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court

via the CM/ECF system, and thereby served counsel for the Defendants on April 24, 2026.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By:    _____

Sean R. Delaney
Reema Sood
Assistant United States Attorneys
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800

3