**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| | \* | |
| **UNITED STATES OF AMERICA** | \* | |
| | \* | |
| | \* | |
| | \* | **Criminal Case No.: SAG-25-00324** |
| **v.** | \* | |
| | \* | |
| **DALYA ATTAR,** *et al.* | \* | |
| | \* | |
| **Defendants.** | \* | |
| | \* | |

\* \* \* \* \* \* \* \* \* \*

**<u>ORDER</u>**

Following agreement among the parties, it is hereby ORDERED that:

1. The Baltimore Banner's Motion to Intervene for the Limited Purpose of Opposing Defendants' Motions to Seal, ECF 71, is GRANTED;
2. The Motions to Seal, ECF 60, 62, 66, are GRANTED IN PART;
3. Joseph J. Attar's Motion to Unseal, ECF 77, is DENIED AS MOOT;
4. Joseph J. Attar and Kalman G. Finkelstein are directed to file versions of their respective motions and exhibits with personal identifying information redacted by May 1, 2026.

Date: April 24, 2026

_____/s/_____
Stephanie A. Gallagher
United States District Judge