## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | * | |
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | |
| | * | **Criminal Case No.: SAG-25-00324** |
| **v.** | * | |
| | * | |
| **DALYA ATTAR**, *et al.* | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

* * * * * * * * * *

## AMENDED ORDER

Following agreement among the parties, it is hereby ORDERED that:

1. The Baltimore Banner's Motion to Intervene for the Limited Purpose of Opposing Defendants' Motions to Seal, ECF 71, is GRANTED;
2. The Motions to Seal, ECF 60, 62, 66, are GRANTED IN PART;
3. Joseph J. Attar's Motion to Unseal, ECF 77, is DENIED AS MOOT;
4. Joseph J. Attar and Kalman G. Finkelstein are directed to file versions of their respective motions and exhibits with personal identifying information redacted by May 1, 2026;
5. The Government is directed to file its responses to Defendants' pretrial motions following the filing of the redacted versions of the motions.

Date: April 24, 2026

_____/s/_____
Stephanie A. Gallagher
United States District Judge