**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
STEPHANIE A. GALLAGHER
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7780
Fax (410) 962-1812
MDD_SAGchambers@mdd.uscourts.gov

June 2, 2026

**LETTER ORDER**

Re:  United States of America v. Dalya Attar, *et al.*
     Criminal Case No. SAG-25-324

Dear Counsel:

Dalya Attar filed an Emergency Request for Clarification Regarding Applicability of Protective Order, ECF 92, in which she sought clarification regarding whether the protective order in this case, ECF 37, permitted her to publicly acknowledge the existence of evidence disclosed to the defense marked "Confidential." Specifically, the government disclosed to defense counsel that it had obtained ██████████████████████████████████████████████ ████████████████████████████████████ Defense counsel had the opportunity to review the evidence, which remains in the government's custody. Ms. Attar seeks to publicly acknowledge the evidence's existence as part of her state senatorial campaign.

Regardless of whether the proposed public acknowledgement would violate the protective order, it would violate this Court's Local Standing Order 2020-01. That Standing Order provides, in pertinent part:

> Discovery produced by the Government to counsel for the Defendant, as well as to the Defendant as part of the Defendant's Copies (whether by agreement of the Government or by order of the Court), may be used only in connection with the defense of this case and may not be provided to any other person except by agreement of the Government or order of the Court, but may be produced by counsel for the Defendant to appropriate persons such as expert witnesses or other individuals directly involved in the Defendant's defense.

Standing Order 2020-01 ¶ 2(c). Although Ms. Attar does not seek to provide to anyone the actual evidence, which she does not possess, she seeks to provide the public with sufficient information about the evidence to describe its existence. That information constitutes discovery produced by the government. Furthermore, the public dissemination of that information, for a political purpose, constitutes use not "in connection with the defense of this case." Because the Standing Order limits use of discovery produced by the government to uses in connection with defense of the criminal case, it prohibits the public acknowledgment contemplated by Ms. Attar.

United States v. Dalya Attar, *et al.*
Criminal Case No. SAG-25-324
June 2, 2026
Page | 2

For those reasons, the Emergency Request, ECF 92, is DENIED. Despite the informal nature of this letter, it constitutes an Order of the Court and will be docketed as such.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge