**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. SAG-25-324** |
| | ) | |
| **DALYA ATTAR, JOSEPH ATTAR,** | ) | |
| a/k/a "Yossi Attar," | ) | |
| a/k/a "Jay Attar," and | ) | |
| **KALMAN G. FINKELSTEIN,** | ) | |
| | ) | |
| **Defendants** | ) | |
| | ) | |

**ORDER**

Upon consideration of the Government's Consent Motion for Exclusion of Time from Speedy Trial Act Computations (the "Motion") and based on the facts and arguments provided in the Motion, the Court makes the following findings:

Under the provisions of the Speedy Trial Act, the Court may continue a defendants' trial beyond the 70-day period provided in 18 U.S.C. § 3161(c)(1) if the ends of justice served by such a delay outweigh the interests of the defendants and the public in a speedy trial.

Here, Defendants were indicted on October 23, 2025. The Defendants had their initial appearances on the indictment on October 30, 2025.  A trial date in this case has not been set. Substantive pretrial motions were filed on December 16, 2025, April 1, 2026, and April 2, 2026. ECF Nos. 45, 57, 59, 67. The Government filed its response on April 30, 2026 and Defendants filed their replies on May 22, 2026. ECF Nos. 87–90.

The Government has produced voluminous discovery.  The parties request additional time to review discovery and discuss any possible resolutions.  Specifically, additional time is needed to allow the Government to produce any additional discovery, for Defendants to properly review discovery, for the parties to fully brief the Defendants' potentially dispositive pre-trial motions,

1

for both parties to prepare pre-trial motions, including motions *in limine*, for the parties to engage in any discussions regard potential resolutions, and for counsel for the parties to prepare for trial. As such, trial within 70 days would deny counsel for Defendants and the attorneys for the Government the reasonable time necessary for effective preparation. Therefore, the ends of justice served by such a delay outweigh the interests of Defendants and the public in a speedy trial, thereby satisfying the requirements of 18 U.S.C. § 3161(h)(7).

Accordingly, it is this  2nd  day of    June  , by the United States District Court for the District of Maryland, hereby:

ORDERED that the Motion is GRANTED pursuant to 18 U.S.C. § 3161(h); and

IT IS FURTHER ORDERED that the time period from June 2, 2026 through November 23, 2026, is hereby EXCLUDED in computing the time within which the trial in this matter must commence under the Speedy Trial Act.

/s/
Hon. Stephanie A. Gallagher
United States District Judge

2