**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA

v.

DALYA ATTAR, JOSEPH ATTAR,
AND KALMAN FINKELSTEIN,

    Defendants.

Criminal No.   SAG-25-324

FILED ___ ENTERED
LODGED ___ RECEIVED

JUL 28 2026

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

## GOVERNMENT'S EXHIBIT LIST

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 7/28/26 | 7/28/26 | OSP Warrant Service Operation Plan |
| 2 | 7/28/26 | 7/28/26 | MSP Chain of Custody Log |
| 3 | 7/28/26 | 7/28/26 | MSP Search Warrant Inventory Report |
| 4 | 7/28/26 | 7/28/26 | IA - Execution of S&SW and Recorded Interview of J. Attar |
| 5 | 7/28/26 | 7/28/26 | IA - Joseph Attar - Cellular Telephone |
| 6 | 7/28/26 | 7/28/26 | Christopher Cobleigh CV |
| 7 | 7/28/26 | 7/28/26 | MSP Digital Forensics Report – J. Attar |
| 8 | 7/28/26 | 7/28/26 | MSP Digital Forensics Report - Finkelstein |
| 9 | 7/28/26 | 7/28/26 | Audio Clip from Joseph Attar's Interview |

1