**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

UNITED STATES OF AMERICA

v.

DALYA ATTAR, et al.,

Defendants.

Crim. No. 25-cr-00324-SAG

FILED ___ ENTERED
LODGED ___ RECEIVED

JUL 28 2026

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

**SUPPLEMENTAL APPENDIX OF EXHIBITS TO DEFENDANT JOSEPH ATTAR'S
MOTION TO SUPPRESS CELL PHONE EVIDENCE AND MOTION TO SUPPRESS
EVIDENCE OBTAINED THROUGH COERCION AND REQUEST FOR HEARING**

| Exhibit | Description | ECF No. | ID | ADMIT |
|---|---|---|---|---|
| Ex. 1 | 7.15.2022 Affidavit in Support of Application for Search and Seizure Warrant: Joseph Attar (Dist. Ct. of Maryland for Baltimore Cnty.) (USA-066901) | 80-1 (public redacted version) | | |
| Ex. 2 | 7.15.2022 Search and Seizure Warrant: Joseph Attar (Dist. Ct. of Maryland for Baltimore Cnty.) (USA-066916) | 80-2 (public redacted version) | | |
| Ex. 3 | 8.8.2022 Maryland State Police Forensic Report of Findings | 80-3 (public redacted version) | 7/28/26 | 7/28/26 |
| Ex. 4 | 10.10.2025 Application for a Warrant by Telephone or Other Reliable Electronic Means: Cell Phones (U.S. Dist. Ct. for the Dist. of Maryland) (USA-130906) | 80-4 (public redacted version) | | |
| Ex. 5 | Cellebrite Metadata Chart: Reports Generated from J. Attar Extraction | 84-1 | | |
| Ex. 6 | 9.17.2024 Motion to Disclose (Cir. Ct. of Maryland for Baltimore Cnty.) (USA-130493) | 84-2 | | |
| Ex. 7 | 9.19.2024 Motion to Disclose (Cir. Ct. of Maryland for Baltimore Cnty.) (USA-130502) | 84-3 | | |
| Ex. 8 | 7.2.2025 Federal Bureau of Investigation Electronic Communication: Derivative Evidence received from OSP-MD (USA-130548) | 84-4 | | |

| Exhibit | Description | ECF No. | ID | Admit |
|---|---|---|---|---|
| Ex. 9 | 10.14.2025 Federal Bureau of Investigation CART Service Request Form (USA-130853) | 84-5 | | |
| Ex. 10 | 10.20.2025 Federal Bureau of Investigation Memorandum: Manual Search of 1B6 (USA-130861) | 84-6 | | |
| Ex. 11 | 1.6.2026 S. Delaney Letter re: Discovery Production 4 | 80-5 (public redacted version) | | |
| Ex. 12 | 7.19.2022 Maryland State Police Search Warrant Inventory Report and Return: Joseph Attar (USA-0066894) | 80-6 (public redacted version) | | |
| Ex. 13 | 7.22.2024 Office of the State Prosecutor Investigative Action: Joseph Attar – Cellular Telephone (USA-131417) | 80-7 (public redacted version) | | |
| Ex. 14 | 3.2.2026 S. Delaney Letter to T. Kelly | 84-7 | | |
| Ex. 15 | 3.11.2026 S. Delaney Letter to T. Kelly | 84-8 | | |
| Ex. 16 | 10.7.2025 Application for a Warrant by Telephone or Other Reliable Electronic Means: Google Accounts (U.S. Dist. Ct. for the Dist. of Maryland) (USA-130802) | 80-8 (public redacted version) | | |
| Ex. 17 | Declaration of Joseph Attar | 84-9 | | |
| Ex. 18 | 3.7.2024 Office of the State Prosecutor Investigative Action: Execution of S&SW and Recorded Interview of Joseph Attar (USA-131597) | 80-9 (public redacted version) | 7/28/26 | 7/28/26 |
| Ex. 19 | 2.23.2026 S. Delaney Letter re: Discovery Production 5 | 84-10 | | |
| Ex. 20 | Photograph of Evidence Bag Containing Swipe Code (IMG_0036) | 80-10 (public redacted version) | | |
| Ex. 21 | 3.4.2024 Office of the State Prosecutor Investigative Action: Search and Seizure Warrant – K. Finkelstein (USA-131422) | 80-11 (public redacted version) | | |
| **Ex. 22** | **7.20.2026 S. Delaney Correspondence to Counsel re Motions Hearing** | -- | | |
| **Ex. 23** | **Additional Discovery_2026_07-20.pdf    (USA-133352 – USA-133404)** | -- | 7/28/26 | 7/28/26 |
| **Ex. 24** | **Indictment** | 1 | | |

*Bolded exhibits are new and were not included in Mr. Attar's original Appendix of Exhibits.*

Dated: July 28, 2026

_s/ Gregg L. Bernstein_
Gregg L. Bernstein (Bar No. 01340)
Samantha A. M. Kavanagh (Bar No. 21374)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
Tel No. (410) 332-0444
Fax No. (410) 659-0436
gbernstein@zuckerman.com
skavanagh@zuckerman.com
_Counsel for Defendant Joseph J. Attar_