## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**USA**

    **Plaintiff**      *

    **vs.**      *     **Case No.: 25-CR-324-SAG**

**Dalya Attar Et. Al.**      *
    **Defendant**

     *

******

### Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| PLAINTIFF'S/GOVERNMENT'S EXHIBITS | DEFENDANT'S EXHIBITS |
|---|---|
| # 1-9 | Def #1 (Attar) - NONE |
| | Def #2 (J. Attar) – 3,18 & 23 |
| | Def #3 (Finkelstein) – NONE |
| All Plaintiff's/Government's exhibits returned: 7/28/26 | All Defendant's exhibits returned: 7/28/26 |

Received the above listed exhibits this date: 7/28/2026

Counsel for Plaintiff(s)/Government: _____

Counsel for Defendant(s): _____

Date: July 28, 2026