**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | |
| | * | |
| | * | **Criminal Case No.: SAG-25-00324** |
| **v.** | * | |
| | * | |
| **DALYA ATTAR**, *et al.* | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED

that the motions to join, ECF 56, 65, are GRANTED, and the motion to dismiss, ECF 45, is

GRANTED. Counts Two, Three, and Five–Eight are DISMISSED.

Date: July 31, 2026

_____/s/_____
Stephanie A. Gallagher
United States District Judge