**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DALYA ATTAR, et al.,<br><br>Defendants. | Crim. No. 25-cr-00324-SAG<br>███████████████ |

**DEFENDANTS DALYA AND JOSEPH ATTAR'S EMERGENCY UNOPPOSED
MOTION FOR PERMISSION TO TRAVEL**

Defendants Dalya Attar and Joseph Attar, who have been in compliance with the Court's Conditions of Release for eight months, respectfully request permission to travel to Israel in order to ███████████████████████████████████████. The government does not oppose this request. In support, Defendants state the following:

1.  On October 30, 2025, Defendants appeared before the Honorable Chelsea J. Crawford for their Initial Appearances. ECF Nos. 16, 23. The Court released the Attars on their personal recognizance and entered Orders Setting Conditions of Release which included surrendering their passports and restricting their ability to travel. ECF No. 18 (Order Setting Conditions of Release as to Dalya Attar); ECF No. 25 (Order Setting Conditions of Release as to Joseph Attar). The Attars have complied with all conditions of release.

2.  Defendants' ████████████████████████████████ resides in Baltimore ███████████████████████████████████████. As set forth in a letter from ██████████████████████ ████████ ███████████████ ████████████████████████████████ *See* Ex. 1 (████████████████

██████████████). It is the ████████████████████ that ████████████████████████

████████████████████████████████ *Id.*

3.    ██████████████████████████████████████████████████████████. The

Attars are members of the Orthodox Jewish faith, which requires that ██████████████████

██████████████████████████████████████ As such, the Attar family ████████

████████████████████████████████████████████████████████████████

████.

4.    Both Dalya and Joseph Attar strongly desire to ████████████████████

██████████████████████████████████ The family is very close and both Dalya and

Joseph have devoted a substantial part of their time ██████████████████████████

████████████████████. The relief they request is narrow and temporary: a modification

of the Court's Order to permit travel to Israel ████████████████████████████████

depending on flight schedules, followed by immediate re-surrender of their passports upon their

return.

5.    The Attars are not a flight risk and will return to the United States after ████████

████ Dalya Attar, a single parent, has a 14-year-old daughter and a 12-year-old son—both of

whom will remain in the United States. Joseph Attar has five minor children, ranging in age from

7 to 15, all of whom will also remain here. Joseph's wife, Sara, hopes to accompany the family to

Israel if childcare can be arranged.

6.    If permitted to briefly travel to Israel, the Attars would purchase round trip tickets.

7.    Given ████████████████████████████████ and the possibility that ████████

██████████ the Attars respectfully request that the Court consider this Motion on an expedited

basis. Once ████████████████████████████████████████████████ both

to ███████████████████████████████████████████████████. To ████████████ Dalya and Joseph would also need to arrange travel immediately.

8.      The Attars' request and the above-stated reasons have been communicated to the government. The government does not oppose the Motion.

9.      Accordingly, for the foregoing reasons, Dalya and Joseph Attar respectfully request that the Court modify their Orders Setting Conditions of Release as follows:

   A. Modify Condition (8)(h) to allow Dalya and Joseph Attar to each collect their passports from the Clerk's Office (to be immediately re-surrendered upon their return from Israel);

   B. Modify Condition (8)(j) to add Israel as an approved travel destination for Dalya and Joseph Attar, solely ███████████████████████████████ ████

Dated: June 29, 2026

/s/ A. Jeff Ifrah
A. Jeff Ifrah (Bar No. 18194)
James M. Trusty (Bar No. 14497)
IFRAH PLLC
1717 Pennsylvania Ave, N.W.
Suite 650
Washington, D.C. 20006
Tel. (202) 524-4140
Fax (202) 524-4141
jeff@ifrahlaw.com
jtrusty@ifrahlaw.com

Counsel for Senator Dalya Attar

/s/ Gregg L. Bernstein
Gregg L. Bernstein (Bar No. 01340)
Samantha A. M. Kavanagh (Bar No. 21374)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440

3

Baltimore, MD  21202
Tel No. (410) 332-0444
Fax No. (410) 659-0436
gbernstein@zuckerman.com
skavanagh@zuckerman.com

*Counsel for Defendant Joseph J. Attar*

## CERTIFICATE OF SERVICE

I certify that on June 29, 2026, copies of the foregoing Unopposed Emergency Motion for Permission to Travel and Exhibit 1 have been served via email on the government and counsel for the Defendants.

*/s/ Gregg L. Bernstein*
Gregg L. Bernstein

4