**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

UNITED STATES OF AMERICA

v.

DALYA ATTAR, et al.,

Defendants.

Crim. No. 25-cr-00324-SAG

**ORDER**

Upon consideration of Defendant Dalya Attar's Unopposed Motion for Permission to Travel,

It is this 26th day of August, 2026,

ORDERED, that Defendant Dalya Attar's Unopposed Motion for Permission to Travel is GRANTED, and it is further ordered that:

1. The Conditions of Release applicable to Dalya Attar, as set forth in ECF No. 18, are MODIFIED as follows:
    a. Condition (8)(j) is modified to add California as an approved travel destination for Dalya Attar, solely for the purpose of attending a family gathering and engagement party.

/s/
Honorable Stephanie A. Gallagher
United States District Judge