**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. SAG-25-00324** |
| | * | |
| **DALYA ATTAR, *et al.*,** | * | |
| | * | |
| ***Defendants.*** | * | |

## NOTICE OF ATTORNEY APPEARANCE

Please enter the appearance of Matthew Phelps, Assistant United States Attorney, for the District of Maryland, as counsel on behalf of the United States.

Respectfully Submitted,

Kelly O. Hayes
United States Attorney

/s/

Matthew P. Phelps, No. 17933
Assistant United States Attorney
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4920
matthew.phelps@usdoj.gov